AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAY 2 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| OSCAR GUTIERREZ-RAMIREZ | CASE NUMBER: 08CR1654-W |

I, <u>OSCAR GUTIERREZ-RAMIREZ</u>, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___5/22/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Oscar Gutierez Ramires*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
Judicial Officer